**People of the State of Illinois, Plaintiff-Appellee, v. Charles DiLella, Defendant-Appellant.**

**Gen. No. 49,593.** ▮

First District, Second Division.

October 27, 1964.

Julius Lucius Echeles, of Chicago, for appellant; Daniel P. Ward, State's Attorney, of Chicago (Elmer C. Kissane and Paul A. O'Malley, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**